# Exhibit 2

# Copyright

---

**Registration Number / Date:**
PA0001036170 / 2001-06-14

**Previous Registration:**
Screenplay preexisting.

**Registration Class:**
PA

**Type of Work:**
Motion Pictures

**Title:**
Shrek /DreamWorks Pictures presents a PDI, DreamWorks production ; directors, Andrew Adamson, Vicky Jenson.

**Date of Creation:**
2001

**Date of Publication:**
2001-05-18

**Latest Transaction Date and Time:**
2007-06-14T03:34:13.600000

**Copyright Claimant:**
DreamWorks, LLC

**Authorship on Application:**
DreamWorks Animation, LLC, employer for hire.

**Basis of Claim:**
New Matter: audiovisual elements, dramatic, literary material & all other cinematographic material.

**Record ID:**
11852371

**Public Records ID:**
voyager_11852371

**System Control Number:**
(DLC-CO)PA 001036170

**Originating System Control Number:**
PA 001036170

**Description:**
5 film reels ;

**Notes:**
Animated.

**Names:**
Adamson, Andrew
Jenson, Vicky
DreamWorks Pictures
PDI
DreamWorks, LLC
DreamWorks Animation, LLC

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_11852371

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

---

**Registration Number / Date:**
PA0001226503 / 2004-05-20

**Registration Class:**
PA

**Type of Work:**
Motion Pictures

**Title:**
Shrek 2 /DreamWorks Pictures presents a PDI/DreamWorks production ;
directed by Andrew Adamson ; directed by Kelly Asbury, Conrad Vernon.

**Date of Creation:**
2004

**Date of Publication:**
2004-05-19

**Latest Transaction Date and Time:**
2007-06-14T08:03:50.200000

**Copyright Claimant:**
DreamWorks, LLC

**Authorship on Application:**
DreamWorks Animation, LLC, employer for hire.

**Record ID:**
12014137

**Public Records ID:**
voyager_12014137

**System Control Number:**
(DLC-CO)PA 001226503

**Originating System Control Number:**
PA 001226503

**Description:**
5 film reels ;

**Notes:**
Animation.

**Names:**

<u>Adamson, Andrew</u>
<u>Asbury, Kelly</u>
<u>Vernon, Conrad</u>
<u>DreamWorks Pictures</u>
<u>DreamWorks, LLC</u>
<u>DreamWorks Animation, LLC</u>
<u>PDI</u>

**USCO Catalog Link:**

<u>https://publicrecords.copyright.gov/detailed-record/voyager_12014137</u>

---

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

---

**Registration Number / Date:**
PA0001685317 / 2010-06-29

**Preregistered as:**
PRE000001914

**Registration Class:**
PA

**Type of Work:**
Motion Pictures

**Title:**
"SHREK FOREVER AFTER".

**Application Title:**
"SHREK FOREVER AFTER".

**Alternative Title on Application:**
"SHREK GOES FOURTH"

**Date of Creation:**
2010

**Date of Publication:**
2010-05-21

**Latest Transaction Date and Time:**
2010-07-28T04:44:54

**Copyright Claimant:**
DreamWorks Animation L.L.C. Address: 1000 Flower Street, Glendale, California 91201.

**Authorship on Application:**
DreamWorks Animation L.L.C., employer for hire; Citizenship: United States. Authorship: Entire Work.

**Record ID:**
23761224

**Public Records ID:**
voyager_23761224

**System Control Number:**
(DLC-CO)PA 001685317

**Originating System Control Number:**
PA 001685317

**Description:**
5 film reels ;

**Copyright Note:**
C.O. correspondence.Regarding previous registration: Information refers to preregistration under 17 USC 408 (f), not full registration under 17 USC 408(a).

**Nation of First Publication:**
United States

**Names:**
Mitchell, Mike
DreamWorks Animation L.L.C.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_23761224

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

---

**Registration Number / Date:**
PA0001375529 / 2007-05-23

**Preregistered as:**
PRE000000472

**Registration Class:**
PA

**Type of Work:**
Motion Pictures

**Title:**
Shrek the third.

**Date of Creation:**
2007

**Date of Publication:**
2007-05-18

**Latest Transaction Date and Time:**
2007-09-26T11:55:20

**Copyright Claimant:**
DreamWorks Animation, LLC (employer for hire)

**Record ID:**
20862411

**Public Records ID:**
voyager_20862411

**System Control Number:**
(DLC-CO)PA 001375529

**Originating System Control Number:**
PA 001375529

**Description:**
5 film reels ;

**Copyright Note:**
Cataloged from appl. only.

**Names:**
DreamWorks Animation, LLC

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_20862411

---

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

---

**Registration Number / Date:**
TXU001989324 / 2016-02-08

**Registration Class:**
TX

**Type of Work:**
Text

**Title:**
"Trolls" Style Guide.

**Application Title:**
"Trolls" Style Guide.

**Date of Creation:**
2016

**Latest Transaction Date and Time:**
2016-04-26T01:43:24

**Copyright Claimant:**
DreamWorks Animation LLC. Address: 1000 Flower Street, Glendale,, CA, 91201.

**Authorship on Application:**
DreamWorks Animation LLC, employer for hire. Authorship: Text and 2-D artwork.

**Record ID:**
28352541

**Public Records ID:**
voyager_28352541

**System Control Number:**
(DLC-CO)TXu001989324

**Originating System Control Number:**
TXu001989324

**Description:**
Print material.

**Copyright Note:**
C.O. correspondence.

**Names:**

DreamWorks Animation LLC

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_28352541

---

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
PA0002049314 / 2016-11-04

**Preregistered as:**
PRE000008588

**Registration Class:**
PA

**Type of Work:**
Motion Pictures

**Title:**
Trolls.

**Application Title:**
DreamWorks Trolls.

**Date of Creation:**
2016

**Date of Publication:**
2016-11-04

**Latest Transaction Date and Time:**
2017-08-24T01:31:46

**Copyright Claimant:**
DreamWorks Animation LLC. Address: 1000 Flower Street, Glendale, California 91201.

**Authorship on Application:**
DreamWorks Animation LLC, Domicile: United States. employer for hire; Authorship: Entire Motion Picture.

**Record ID:**
29205326

**Public Records ID:**
voyager_29205326

**System Control Number:**
(DLC-CO)PA 002049314

**Originating System Control Number:**
PA 002049314

**Description:**

Videocassette (HDCAM SR)

**Copyright Note:**

Regarding previous registration: information refers to preregistration under 17
USC 408 (f), not registration under 17 USC 408 (a).

**Nation of First Publication:**

United States

**Names:**

Mitchell, Mike

DreamWorks Animation LLC

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_29205326

---

Disclaimer: This material was generated by the pilot of the U.S. Copyright
Office's Copyright Public Records System (CPRS). The pilot is under
development and is not the final version of the CPRS. This pilot does not
replace or supersede the online public catalog or existing search practices
the Copyright Office has established. Results obtained through the CPRS
pilot should not be used for legal purposes. For information on searching
copyright records, see How to Investigate the Copyright Status of a Work
(Circular 22). For information on removing personal information from
Copyright Office public records, refer to Privacy: Public Copyright
Registration Records(Circular 18).

# Copyright

---

**Registration Number / Date:**
PA0002259027 / 2020-03-12

**Preregistered as:**
PRE000011234

**Registration Class:**
PA

**Type of Work:**
Motion Pictures

**Title:**
Trolls World Tour.

**Application Title:**
Trolls World Tour.

**Date of Creation:**
2020

**Date of Publication:**
2020-03-12

**Latest Transaction Date and Time:**
2020-10-02T03:12:32

**Copyright Claimant:**
DreamWorks Animation L.L.C. Address: 100 Universal City Plaza, Universal
City, CA 91608.

**Authorship on Application:**
DreamWorks Animation L.L.C., Domicile: United States. employer for hire;
Authorship: entire motion picture.

**Basis of Claim:**
all other cinematographic material.

**Material Excluded:**
preexisting music.

**Record ID:**
31817926

**Public Records ID:**
voyager_31817926

**System Control Number:**

(DLC-CO)PA 002259027

**Originating System Control Number:**

PA 002259027

**Description:**

HDCAM SR.

**Nation of First Publication:**

Malaysia

**Names:**

Dohrn, Walt

DreamWorks Animation L.L.C.

Dentsu Inc.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_31817926

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

---

**Registration Number / Date:**
PA0002443156 / 2023-10-26

**Preregistered as:**
PRE000013008

**Registration Class:**
PA

**Type of Work:**
Motion Pictures

**Title:**
Trolls Band Together.

**Application Title:**
Trolls Band Together.

**Alternative Title on Application:**
Trolls 3

**Date of Creation:**
2023

**Date of Publication:**
2023-10-12

**Latest Transaction Date and Time:**
2023-12-05T03:18:53

**Copyright Claimant:**
DreamWorks Animation L.L.C. Address: 100 Universal City Plaza, Universal City, CA, 91608.

**Authorship on Application:**
DreamWorks Animation L.L.C., Domicile: United States. employer for hire; Authorship: entire motion picture.

**Basis of Claim:**
all other cinematographic material.

**Material Excluded:**
preexisting music, Previously published/registered "Trolls" works.

**Record ID:**
35857169

**Public Records ID:**

voyager_35857169

**System Control Number:**

(DLC-CO)PA 002443156

**Originating System Control Number:**

PA 002443156

**Description:**

Electronic file (eService)

**Nation of First Publication:**

Denmark

**Names:**

DreamWorks Animation L.L.C.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_35857169

---

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

---

**Registration Number / Date:**
TXU001615634 / 2009-09-21

**Registration Class:**
TX

**Type of Work:**
Text

**Title:**
HOW TO TRAIN YOUR DRAGON STYLE GUIDE.

**Application Title:**
HOW TO TRAIN YOUR DRAGON STYLE GUIDE.

**Date of Creation:**
2009

**Latest Transaction Date and Time:**
2009-09-30T15:04:09

**Copyright Claimant:**
DreamWorks Animation L.L.C. Address: 1000 Flower Street, Glendale, California, 91201.

**Authorship on Application:**
DreamWorks Animation L.L.C., Domicile: United States. employer for hire; Authorship: Entire Work.

**Record ID:**
23078128

**Public Records ID:**
voyager_23078128

**System Control Number:**
(DLC-CO)TXu001615634

**Originating System Control Number:**
TXu001615634

**Description:**
Book, 98 p. +

**Names:**
DreamWorks Animation L.L.C.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_23078128

---

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

---

**Registration Number / Date:**
PRE000001626 / / 2008-09-17

**Type of Work Preregistered:**
Motion Picture

**Preregistration Number / Date:**
PRE000001626 / 2008-09-17

**Creation of Work Began:**
2008-01-07

**Date of Anticipated Completion:**
2010-02-26

**Registration Class:**
PR

**Type of Work:**
Preregistration

**Title:**
HOW TO TRAIN YOUR DRAGON

**Application Title:**
HOW TO TRAIN YOUR DRAGON

**Projected Date of Publication:**
2010-02-26

**Latest Transaction Date and Time:**
2008-09-19T04:16:28

**Copyright Claimant:**
DreamWorks Animation L.L.C.

**Authorship on Application:**
DreamWorks Animation L.L.C.

**Record ID:**
22318005

**Public Records ID:**
voyager_22318005

**System Control Number:**
(DLC-CO)PRE000001626

**Originating System Control Number:**

PRE000001626

**Description of Work:**

DreamWorks SKG Presents ?How To Train Your Dragon? Produced by Bonnie Arnold Directed by Peter Hastings Cast: Jay Baruchel, Gerard Butler, America Ferrera, Jonah Hill, Christopher Mintz-Plasse Synopsis: ?How To Train Your Dragon? is a comic adventure set in the mythical world of Vikings based on the book by Cressida Cowell. The story centers around a scrawny teenager who lives in the North Sea on the island of Berk. His Viking tribe, the Hairy Hooligans, live, and all too frequently die, by their motto: ?Only the Strong Can Belong!? Hiccup desperately wants to make his father?the Hooligans? chief, Stoick the Vast?and his tribe proud. Initiation is coming, and all young Vikings must capture and subdue a wild dragon from Dragon Island. But when Hiccup is saddled with an undersized and uncooperative dragon, chances for impressing his tribe and his father look bleak. Yet, in his quest to train his dragon-of-choice, he teaches his father?and all of the Hooligans?a new definition of strength.

**Names:**

DreamWorks Animation L.L.C.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_22318005

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

---

**Registration Number / Date:**
PA0001900229 / 2014-06-13

**Previous Registration:**
2013, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PRE000006603"}'>PRE000006603</a>.

**Registration Class:**
PA

**Type of Work:**
Motion Pictures

**Title:**
HOW TO TRAIN YOUR DRAGON 2.

**Application Title:**
HOW TO TRAIN YOUR DRAGON 2.

**Date of Creation:**
2014

**Date of Publication:**
2014-06-13

**Latest Transaction Date and Time:**
2014-07-09T05:35:13

**Copyright Claimant:**
DreamWorks Animation L.L.C. Address: 1000 Flower Street, Glendale,
California, 91201.

**Authorship on Application:**
DreamWorks Animation L.L.C., Domicile: United States. employer for hire;
Authorship: Entire Work.

**Record ID:**
26780766

**Public Records ID:**
voyager_26780766

**System Control Number:**

(DLC-CO)PA 001900229

**Originating System Control Number:**

PA 001900229

**Description:**

5 film reels ;

**Nation of First Publication:**

United States

**Names:**

DeBlois, Dean

DreamWorks Animation L.L.C.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_26780766

---

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

---

**Registration Number / Date:**
PA0002170813 / 2019-01-07

**Preregistered as:**
PRE000010548

**Registration Class:**
PA

**Type of Work:**
Motion Pictures

**Title:**
How To Train Your Dragon: The Hidden World.

**Application Title:**
How To Train Your Dragon: The Hidden World.

**Alternative Title on Application:**
How To Train Your Dragon 3

**Date of Creation:**
2018

**Date of Publication:**
2019-01-03

**Latest Transaction Date and Time:**
2019-05-03T01:11:34

**Copyright Claimant:**
DreamWorks Animation L.L.C. Address: 100 Universal City Plaza, Universal City, CA 91608.

**Authorship on Application:**
DreamWorks Animation L.L.C., Domicile: United States. employer for hire; Authorship: entire motion picture.

**Basis of Claim:**
all other cinematographic material.

**Material Excluded:**
preexisting music.

**Record ID:**
30731873

**Public Records ID:**

voyager_30731873

**System Control Number:**

(DLC-CO)PA 002170813

**Originating System Control Number:**

PA 002170813

**Description:**

HDCAM SR.

**Nation of First Publication:**

Australia

**Names:**

Deblois, Dean

DreamWorks Animation L.L.C.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_30731873

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).